STATE OF NEW JERSEY v. EDMOND L. SMITH.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GERALD MCCORD.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. HECTOR MANUEL GARCIA, JR.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF S.M.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE URIDE FERNANDEZ.

February 21, 1989.

Petition for certification denied.